27654. GILBERT *et al.,* tax-assessors, *v.* NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY.

MACINTYRE, J. Under the answer of the Supreme Court to the question certified to it by this court in this case (189 *Ga.* 766, 8 S. E. 2d, 43), the judge of the superior court did not err in dismissing the certiorari. *Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED APRIL 18, 1940. REHEARINGS DENIED MAY 15, JULY 16, 1940.

*Spalding, Sibley, Troutman & Brock, E. H. Sheats, W. S. Northcutt, Standish Thompson, Walter Hendrix,* for plaintiffs in error. *MacDougald, Troutman & Arkwright,* contra.